IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:10CR191 |
| vs. | ) | |
| | ) | |
| BRIAN P. ARENT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's MOTION TO ENLARGE TIME TO FILE PRE-TRIAL MOTIONS [20]. Upon review of the file, the court finds that an extension of approximately 7 days should be granted. Pretrial Motions shall be filed by June 23, 2010.

**IT IS ORDERED:**

1. Defendant's MOTION TO ENLARGE TIME TO FILE PRE-TRIAL MOTIONS [20] is granted. Pretrial motions shall be filed on or before **June 23, 2010.**

2. Defendant is ordered to file a waiver of speedy trial as soon as practicable.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between June 16, 2010 and June 23, 2010** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 17th day of June, 2010.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**